IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                             PLAINTIFF

　　vs.　　　　　　CASE No. 04-CR-60019-001

W. DAVID GOLDMAN                                     DEFENDANT

### **ORDER**

Now on this 9th day of November, 2005, there comes on for consideration the above-styled and numbered cause. In accordance with the Government's Motion to Dismiss (#37), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

　　　　　　　　　　　　　　/S/ *Robert T. Dawson*
　　　　　　　　　　　　　　　　Robert T. Dawson
　　　　　　　　　　　　　　　　United States District Judge